# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**LORI FIELDER**                                                                **PLAINTIFF**

**v.**                                                 **CAUSE NO. 1:14CV160**

**J&B SERVICES, INC., ET AL**                                     **DEFENDANTS**

## ORDER OF RECUSAL

The above-styled and numbered cause was assigned to the undersigned United States District Chief Judge Sharion Aycock on September 8, 2014. Judge Aycock, on her own motion, hereby **RECUSES** herself from this case.

It is hereby **ORDERED** that the Clerk of the Court is directed to transfer and re-assign this cause to another district court judge.

This, the 5th day of November, 2014.

                                                               /s/ Sharion Aycock
                                                               **CHIEF JUDGE**
                                                               **UNITED STATES DISTRICT COURT**