IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LORI FIELDER, Individually, as representative of
the Estate of James Bernard Fielder, and on behalf
of all wrongful death beneficiaries of
James Bernard Fielder, deceased                                               PLAINTIFFS

v.                                                                CIVIL ACTION NO. 1:14-cv-00160-GHD-

DAS TOYOTA BOSHOKU MISSISSIPPI, LLC;
TOYOTA BOSHOKU AMERICA, INC.; and
THE HAMILTON-RYKER GROUP, INC.                                                DEFENDANTS

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Presently before the Court is Plaintiff's motion for an extension of time [180] to file responses in opposition to the following motions filed by Defendant Toyota Boshoku Mississippi, LLC: a motion for summary judgment [157], a motion for partial summary judgment regarding punitive damages [159], a motion *in limine* to exclude Jason MacMarron [161], a motion *in limine* to exclude Clyde Payne [163], a motion *in limine* to exclude Terry Morgan [165], a motion *in limine* to exclude Lila Laux [167], and reply to defendant's response to plaintiff's motion for declaratory judgement [169, 192]. Plaintiff has also requested that Defendants have until January 8, 2016, to file their various responses and replies to Plaintiff's various motions and responses. Plaintiff has informed the Court that Defendant Toyota Boshoku Mississippi, LLC has no objection to the proposed extension. The Court finds the motion for extension is well taken.

ACCORDINGLY, the Court hereby ORDERS that Plaintiff's motion for extension of time [180] is GRANTED. Plaintiff shall file her responses to the following motions on or

before Friday, December 18, 2015: motion for summary judgment [157], motion for partial summary judgment regarding punitive damages [159], motion *in limine* to exclude Jason MacMarron [161], motion *in limine* to exclude Clyde Payne [163], motion *in limine* to exclude Terry Morgan [165], motion *in limine* to exclude Lila Laux [167] and reply to defendant's response to plaintiff's motion for declaratory judgement [169, 192]. Defendants shall have up to and until January 8, 2016 to file their various responses and replies to Plaintiff's motions and responses due on December 18, 2015.

SO ORDERED, this, the 17th day of December, 2015.

/s/ Glen H. Davidson
SENIOR U.S. DISTRICT JUDGE